IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Thomas F. True, ) | C/A No.: 2:13-cv-2228 DCN MGB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Martin Seppala and Nancy Seppala, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

      This matter is before this court pursuant to plaintiff's Objection to the Report and Recommendation of the Magistrate Judge. This objection was filed on April 14, 2015. In the Magistrate Judge's Report and Recommendation, she recommends dismissing with prejudice the plaintiff's complaint for failure to prosecute and failure to comply with this court's orders. In his objection, plaintiff states that he attempted to file a motion for extension of time to respond to defendants' motion for summary judgment, but his motion was returned to him for using an incorrect mailing address. It is therefore

      **ORDERED** that the Report and Recommendation be reversed and the case be remanded to the Magistrate Judge. Plaintiff shall have until May 15, 2015 to file a response to defendants' motion for summary judgment.

      **AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

April 14, 2015
Charleston, South Carolina